**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti, Lt
Our File No.: 42673
JM-5630

**Order Filed on September 16, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Bettsy Baum
Helmuth M. Baum

Case No.: 13-35461

Hearing Date: 9-14-2016

Judge: KCF

Chapter: 13

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 16, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____NMAC, servicer for Nissan-Infiniti, Lt_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏   Real property more fully described as:

☑   Personal property more fully described as:

    2013 Nissan Pathfinder
    Vehicle Identification Number
    5N1AR2MN6DC658692

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Bettsy Baum  
Helmuth M. Baum  
    Debtors

Case No. 13-35461-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 16, 2016  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.  
db/jdb        +Bettsy Baum,    Helmuth M. Baum,    10 Coventry Court,    Matawan, NJ 07747-9680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:

       Albert   Russo     docs@russotrustee.com  
       Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Andrew L. Spivack    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),  
        a corporation organized and existing under the laws of the United States of America  
       nj.bkecf@fedphe.com  
       Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),  
        a corporation organized and existing under the laws of the United States of America  
       bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
       Jenee K. Ciccarelli    on behalf of Debtor Bettsy   Baum kciccarelli@cabanillaslaw.com,  
       bankruptcy@cabanillaslaw.com  
       Jenee K. Ciccarelli    on behalf of Joint Debtor Helmuth M. Baum kciccarelli@cabanillaslaw.com,  
       bankruptcy@cabanillaslaw.com  
       John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for  
        Nissan-Infiniti LT mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com  
                                                                                           TOTAL: 7