Form 158 – ntcpvsale11dip

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  13−35461−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bettsy Baum
10 Coventry Court
Matawan, NJ 07747

Helmuth M. Baum
aka Helmuhh M. Baum
10 Coventry Court
Matawan, NJ 07747

Social Security No.:
   xxx−xx−8958                                          xxx−xx−8756

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED PRIVATE SALE

   Bettsy Baum and Helmuth M. Baum , debtor(s) in the above captioned case, proposed a private sale of certain property of the estate to the persons and on the terms described below.

   If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below, the Debtor, and the Clerk of the United States Bankruptcy Court.

   Such objection and request shall be filed with the Clerk and served upon the person named below on or before September 6, 2017.

   In the event an objection is timely filed, a hearing will be held before the Honorable Kathryn C. Ferguson on:

DATE:             September 13, 2017
TIME:             9:00
COURTROOM:        2

   If no objection is filed with the Clerk and served upon the person named below on or before September 6, 2017, the sale will be consummated on or after the fifth day following the last day to file objections.

THE PROPERTY TO BE SOLD, THE PROPOSED PURCHASER AND THE SALE PRICE:
10 Coventry Ct., Matawan, NJ 07747−9680

Proposed Purchaser: Rocelle Domingo

Sale price: $309,000

   Higher or better offers may be submitted to the selling party no later than the date set for objections set forth above.

   Request for additional information about the property to be sold should be directed to the debtor's attorney at:

Jenee K. Ciccarelli
Cabanillas & Associates, PC

120 Bloomingdale Rd.
Ste 400
White Plains, NY 10605
914–385–0292


Dated: August 24, 2017
JAN: mrg

                                                                                                  Jeanne Naughton
                                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 13-35461-KCF
Bettsy Baum                                                              Chapter 13
Helmuth M. Baum
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Aug 24, 2017
                              Form ID: 158             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
```
db/jdb        #+Bettsy Baum,    Helmuth M. Baum,    10 Coventry Court,    Matawan, NJ 07747-9680
cr             +Nissan Motor Acceptance Corporation, Servicer for,    P.O. Box 660366,    Dallas, TX 75266-0366,
                UNITED STATES 75266-0366
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514465720      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
514370718      +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
514552765       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514370719     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
514370725     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                Kansas City, MO 64195)
514370720      +Cap1/bstby,    Po Box 30253,    Salt Lake City, UT 84130-0253
514370721      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
514370722      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514370723      +Chase - Cc,    Chase Card Svcs/Attn:Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
514370724      +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
514370727      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
514530789      +Federal Home Loan Mortgage Corporation (Freddie Ma,    c/o Zucker Goldberg & Ackerman,
                200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
514370731     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissn Inf Lt,    Attn: Bankruptcy,    8900 Freeport Parkway,
                Irving, TX 75063)
514399858       Nissan-Infiniti LT,    PO Box 660366,    Dallas  TX 75266-0366
514419138      +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
514370732      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
514370733      +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
514370737     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701)
516732679      +WILMINGTON SAVINGS FUND SOCIETY, et.al.,    CARRINGTON MORTGAGE SERVICES, LLC,
                1600 SOUTH DOUGLASS ROAD,    ANAHEIM, CA 92806-5948
516732680      +WILMINGTON SAVINGS FUND SOCIETY, et.al.,    CARRINGTON MORTGAGE SERVICES, LLC,
                1600 SOUTH DOUGLASS ROAD,    ANAHEIM, CA 92806,    WILMINGTON SAVINGS FUND SOCIETY, et.al.,
                CARRINGTON MORTGAGE SERVICES, LLC 92806-5948
514370734      +Wells Fargo,    Attn.: President,    3310 North Hayden Road 1,    Scottsdale, AZ 85251-6647
514370735      +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
                Portland, OR 97208-3908
514533297      +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
                Fort Mill, SC 29715-7203
514567135       Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                Des Moines, IA 50328-0001
514370736      +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
514470862      +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2017 22:32:53      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2017 22:32:49      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514396271       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2017 22:41:24
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
514384398       E-mail/Text: mrdiscen@discover.com Aug 24 2017 22:32:13     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
514370726      +E-mail/Text: mrdiscen@discover.com Aug 24 2017 22:32:13     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
514370728      +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 22:35:37      GECRB/JC Penny,
                Attention:  Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
514370729      +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 22:35:24      Gecrb/tjx Cos,    Po Box 965015,
                Orlando, FL 32896-5015
516308846       E-mail/Text: peritus@ebn.phinsolutions.com Aug 24 2017 22:33:41
                PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
516308847       E-mail/Text: peritus@ebn.phinsolutions.com Aug 24 2017 22:33:41
                PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419,
                PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
514554163       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2017 22:58:57
                Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 24, 2017
                              Form ID: 158             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
514630886        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2017 22:41:18
                  Portfolio Recovery Associates, LLC,   c/o Chase Bank Usa, N.a.,   POB 41067,
                  Norfolk VA 23541
514641235        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2017 22:41:24
                  Portfolio Recovery Associates, LLC,   c/o Jc Penney Credit Card,   POB 41067,
                  Norfolk VA 23541
514626623        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2017 22:41:11
                  Portfolio Recovery Associates, LLC,   c/o Tjx Rewards Credit Card,   POB 41067,
                  Norfolk VA 23541
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Federal Home Loan Mortgage Corporation (Freddie Ma
514370730        Nissan
                                                                            TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),
               a corporation organized and existing under the laws of the United States of America
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),
               a corporation organized and existing under the laws of the United States of America
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Coventry Court Condominium Association, Inc.
               eak@hillwallack.com,   fkm@hillwallack.com;jhanley@hillwallack.com
              James Patrick Shay    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR
               UPLAND MORTGAGE LOAN TRUST A james.shay@phelanhallinan.com
              Jenee K. Ciccarelli    on behalf of Joint Debtor Helmuth M. Baum kciccarelli@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
              Jenee K. Ciccarelli    on behalf of Debtor Bettsy  Baum kciccarelli@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS
               TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A nj.bkecf@fedphe.com
                                                                                              TOTAL: 10
```