UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Cabanillas & Associates, PC**
**Jenee K. Ciccarelli, Esq.**
**120 Bloomingdale Rd., Suite 400**
**White Plains, NY 10605**
**914-385-0292**

Order Filed on August 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bettsy and Helmuth Baum,

Debtor.

Case No.:    ___13-35461_____

Chapter:    __Ferguson_____

Judge:    ___13_____

# ORDER AUTHORIZING RETENTION OF

_____Cabanillas & Associates, P.C. _____

The relief set forth on the following page is **ORDERED**.

**DATED: August 30, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ____Cabanillas & Associates, P.C. _____ as _____closing attorneys_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:    __120 Bloomingdale Rd., Suite 400 _

    _White Plains, NY 10605__

    _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Bettsy Baum
Helmuth M. Baum
    Debtors

Case No. 13-35461-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Aug 30, 2017
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.
db/jdb　　　#+Bettsy Baum,　Helmuth M. Baum,　10 Coventry Court,　Matawan, NJ 07747-9680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:
      Albert　Russo　　docs@russotrustee.com
      Albert　Russo (NA)　　on behalf of Trustee Albert　Russo docs@russotrustee.com
      Andrew L. Spivack　　on behalf of Creditor　Federal Home Loan Mortgage Corporation (Freddie Mac), a corporation organized and existing under the laws of the United States of America nj.bkecf@fedphe.com
      Denise E. Carlon　　on behalf of Creditor　Federal Home Loan Mortgage Corporation (Freddie Mac), a corporation organized and existing under the laws of the United States of America bankruptcynotice@zuckergoldberg.com,　bkgroup@kmllawgroup.com
      Elizabeth K. Holdren　　on behalf of Creditor　Coventry Court Condominium Association, Inc. eak@hillwallack.com,　fkm@hillwallack.com;jhanley@hillwallack.com
      James Patrick Shay　　on behalf of Creditor　WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A james.shay@phelanhallinan.com
      Jenee K. Ciccarelli　　on behalf of Joint Debtor Helmuth M. Baum kciccarelli@cabanillaslaw.com, bankruptcy@cabanillaslaw.com
      Jenee K. Ciccarelli　　on behalf of Debtor Bettsy　Baum kciccarelli@cabanillaslaw.com, bankruptcy@cabanillaslaw.com
      John R. Morton, Jr.　　on behalf of Creditor　Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com,　mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
      Michael Frederick Dingerdissen　　on behalf of Creditor　WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A nj.bkecf@fedphe.com
                                    TOTAL: 10