UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case no.:     13-35461 |
| Bettsy Baum <br> Helmuth M. Baum | Chapter:     13 |
| | Judge:     Ferguson |
| Debtor(s) | |

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☒ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
10 Coventry Ct. Matawan, NJ

JEANNE A. NAUGHTON, Clerk

Date: 9/7/2017        By: Gary A. Nau

*rev.2/10/17*