UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cabanillas & Associates, P.C.
Jenee K. Ciccarelli, Esq.
120 Bloomingdale Rd. Suite 400
White Plains, NY 10605

Order Filed on September 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bettsy and Helmuth Baum,

Debtors

Case No.: _____13-35461__

Hearing Date: _September 13, 2017_

Chapter: __13_____

Judge: __Ferguson_____

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: September 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as ___10 Coventry Court, _Matawan, NJ 07747_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒　In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

> Name of professional:   Mid-Atlantic Realty Group, Joseph Cantatore   & Re/MAX Champions Jethro Kwok, Cabanillas & Associates, P.C.
>
> Amount to be paid:    $13,610
>
> Services rendered:   real estate services, representation of sellers in marketing and sale of real estate; buyer's broker commission; closing attorney's fees

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this

court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $__to be determined at closing but no more than $2,000_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions: A Credit of $1,850 dollars to the Buyer as a credit for repair of the deck is permitted.

*rev.8/1/15*

2