UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cabanillas & Associates, P.C.
Jenee K. Ciccarelli, Esq.
120 Bloomingdale Rd. Suite 400
White Plains, NY 10605

**Order Filed on September 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Bettsy and Helmuth Baum,

Debtors

Case No.: _____13-35461\_\_

Hearing Date: \_September 13, 2017\_

Chapter: \_\_13_____

Judge: \_\_Ferguson_____

# ORDER AUTHORIZING
# SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: September 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as ___10 Coventry Court, _Matawan, NJ 07747_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

> Name of professional:   Mid-Atlantic Realty Group, Joseph Cantatore  & Re/MAX Champions Jethro Kwok, Cabanillas & Associates, P.C.
>
> Amount to be paid:    $13,610
>
> Services rendered:   real estate services, representation of sellers in marketing and sale of real estate; buyer's broker commission; closing attorney's fees

**OR**: ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this

2

court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $__to be determined at closing but no more than $2,000_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions: A Credit of $1,850 dollars to the Buyer as a credit for repair of the deck is permitted.

3

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-35461-KCF
Bettsy Baum                                                               Chapter 13
Helmuth M. Baum
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Sep 13, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db/jdb         #+Bettsy Baum,   Helmuth M. Baum,   10 Coventry Court,   Matawan, NJ 07747-9680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),
               a corporation organized and existing under the laws of the United States of America
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),
               a corporation organized and existing under the laws of the United States of America
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Coventry Court Condominium Association, Inc.
               eak@hillwallack.com,    fkm@hillwallack.com;jhanley@hillwallack.com
              James Patrick Shay    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR
               UPLAND MORTGAGE LOAN TRUST A james.shay@phelanhallinan.com
              Jenee K. Ciccarelli    on behalf of Joint Debtor Helmuth M. Baum kciccarelli@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
              Jenee K. Ciccarelli    on behalf of Debtor Bettsy  Baum kciccarelli@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS
               TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A nj.bkecf@fedphe.com
                                                                                               TOTAL: 10