Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−35461−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bettsy Baum                                      Helmuth M. Baum
   10 Coventry Court                                aka Helmuhh M. Baum
   Matawan, NJ 07747                                10 Coventry Court
                                                    Matawan, NJ 07747

Social Security No.:
   xxx−xx−8958                                      xxx−xx−8756
Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on September 21, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 114 − 112
Order Granting Application to Employ Joseph Cantatore, Mid Atlantic Realty Group (Related Doc # 112). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/21/2017. (ckk)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 21, 2017
JAN: ckk

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Bettsy Baum  
Helmuth M. Baum  
    Debtors

Case No. 13-35461-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 21, 2017  
                    Form ID: orderntc    Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
r            ##+Joseph Cantatore,    Mid Atlantic Realty Group, LLC,    1 Harding Rd., Ste 209,  
               Red Bank, NJ 07701-2040  
                                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:
             Albert   Russo   docs@russotrustee.com  
             Albert   Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com  
             Andrew L. Spivack   on behalf of Creditor   Federal Home Loan Mortgage Corporation (Freddie Mac),  
             a corporation organized and existing under the laws of the United States of America  
             nj.bkecf@fedphe.com  
             Denise E. Carlon   on behalf of Creditor   Federal Home Loan Mortgage Corporation (Freddie Mac),  
             a corporation organized and existing under the laws of the United States of America  
             bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com  
             Elizabeth K. Holdren   on behalf of Creditor   Coventry Court Condominium Association, Inc.  
             eak@hillwallack.com,   fkm@hillwallack.com;jhanley@hillwallack.com  
             James Patrick Shay   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR  
             UPLAND MORTGAGE LOAN TRUST A james.shay@phelanhallinan.com  
             Jenee K. Ciccarelli   on behalf of Joint Debtor Helmuth M. Baum kciccarelli@cabanillaslaw.com,  
             bankruptcy@cabanillaslaw.com  
             Jenee K. Ciccarelli   on behalf of Debtor Bettsy  Baum kciccarelli@cabanillaslaw.com,  
             bankruptcy@cabanillaslaw.com  
             John R. Morton, Jr.   on behalf of Creditor   Nissan Motor Acceptance Corporation, Servicer for  
             Nissan-Infiniti LT ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
             Michael Frederick Dingerdissen   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, AS  
             TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A nj.bkecf@fedphe.com  
                                                                                TOTAL: 10