UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Bettsy Baum and
Helmuth M. Baum

Order Filed on September 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     13-35461

Chapter:     13

Judge:     Kathryn C. Ferguson

## ORDER AUTHORIZING RETENTION OF

Joseph Cantatore, Mid Atlantic Realty Group

The relief set forth on the following page is **ORDERED**.

**DATED: September 21, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __Joseph Cantatore, Mid Atlantic Realty__ as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 1 Harding Rd., Ste. 209
   Red Bank, NJ 07701

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-35461-KCF
Bettsy Baum                                                                     Chapter 13
Helmuth M. Baum
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Sep 21, 2017
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db/jdb         #+Bettsy Baum,    Helmuth M. Baum,    10 Coventry Court,    Matawan, NJ 07747-9680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),
               a corporation organized and existing under the laws of the United States of America
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),
               a corporation organized and existing under the laws of the United States of America
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Coventry Court Condominium Association, Inc.
               eak@hillwallack.com,    fkm@hillwallack.com;jhanley@hillwallack.com
              James Patrick Shay    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR
               UPLAND MORTGAGE LOAN TRUST A james.shay@phelanhallinan.com
              Jenee K. Ciccarelli    on behalf of Joint Debtor Helmuth M. Baum kciccarelli@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
              Jenee K. Ciccarelli    on behalf of Debtor Bettsy  Baum kciccarelli@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS
               TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A nj.bkecf@fedphe.com
                                                                                               TOTAL: 10