Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−35461−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bettsy Baum                                              Helmuth M. Baum
  10 Coventry Court                          aka Helmuhh M. Baum
  Matawan, NJ 07747                     10 Coventry Court
                                                     Matawan, NJ 07747

Social Security No.:
  xxx−xx−8958                                            xxx−xx−8756

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after February 13, 2018 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: January 16, 2018
JAN: gan

                                                                                              Jeanne Naughton
                                                                                               Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                                  Case No. 13-35461-KCF
Bettsy Baum                                                             Chapter 13
Helmuth M. Baum
          Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin                Page 1 of 1         Date Rcvd: Jan 16, 2018
                               Form ID: clsnodsc          Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db/jdb         #+Bettsy Baum,    Helmuth M. Baum,    10 Coventry Court,    Matawan, NJ 07747-9680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2018 00:01:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2018 00:01:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),
               a corporation organized and existing under the laws of the United States of America
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation (Freddie Mac),
               a corporation organized and existing under the laws of the United States of America
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Coventry Court Condominium Association, Inc.
               eak@hillwallack.com,    fkm@hillwallack.com;jhanley@hillwallack.com
              James Patrick Shay    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR
               UPLAND MORTGAGE LOAN TRUST A james.shay@phelanhallinan.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS
               TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A nj.bkecf@fedphe.com
              Paola D. Vera    on behalf of Debtor Bettsy  Baum pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              Paola D. Vera    on behalf of Joint Debtor Helmuth M. Baum pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
                                                                                              TOTAL: 10
```