Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−35461−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Bettsy Baum | Helmuth M. Baum |
| 10 Coventry Court | aka Helmuhh M. Baum |
| Matawan, NJ 07747 | 10 Coventry Court |
| | Matawan, NJ 07747 |

Social Security No.:
  xxx−xx−8958                                xxx−xx−8756

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 14, 2018            Kathryn C. Ferguson
                                    Judge, United States Bankruptcy Court